**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00175-CV**

_____


**IN THE INTEREST OF A.P.A., P.M.A. AND L.M.A.**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. PC06277**

**MEMORANDUM OPINION**

The appellant, Balie Marie Humble, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.


_____
STEVE McKEITHEN
Chief Justice

1

Submitted on November 13, 2018
Opinion Delivered November 29, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.